UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-451-FDW

| | | |
|---|---|---|
| JERRY LEE PITTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MECKLENBURG COUNTY MUNICIPALITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Reconsideration, (Doc. No. 7), of this Court's Order dated September 16, 2014, (Doc. No. 6), denying Plaintiff's Motion to Appoint Counsel, (Doc. No. 5). Plaintiff has not presented sufficient reasons for this Court to reconsider the Court's denial of Plaintiff's motion to appoint counsel.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Reconsideration, (Doc. No. 7), is **DENIED**.

Signed: October 15, 2014

Frank D. Whitney
Chief United States District Judge

1